JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
ASHCRAFT & BARR | LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone: (702) 631.7555
Facsimile: (702) 631.7556

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON F. GOLDBERG, an Individual; BARBARA A. GOLDBERG, an Individual; and BENEFICIAL INNOVATIONS, INC., a Nevada Corporation,<br><br>Plaintiffs,<br>v.<br><br>JACK BARRECA, an Individual; INTERNATIONAL BEVERAGE, LTD., A Nevada Corporation; INTERNATIONAL BEVERAGE ALLIANCE, LLC, a Nevada Limited Liability Company; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | CASE NO: 2:17-cv-02106-JCM-VCF<br><br>**NOTICE AND CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that, subject to the approval by the Court, PLAINTIFFS SHELDON F. GOLDBERG, BARBARA A. GOLDBERG, and BENEFICIAL INNOVATIONS, INC., substitute Jeffrey F. Barr, Esq. and ASHCRAFT & BARR | LLP, Nevada State Bar No. 7269, as counsel of record in place of R. Duane Frizell, Esq. and FRIZELL LAW FIRM, PLLC.

///

///

Contact information for new counsel is as follows:

ASHCRAFT & BARR | LLP
2300 West Sahara Avenue
Suite 900
Las Vegas, NV 89102
(702) 631-7555
barrj@ashcraftbarr.com

I consent to the above substitution.

Date: _____

_____
SHELDON F. GOLDBERG
*Plaintiff*

I consent to the above substitution.

Date: _____

_____
BARBARA A. GOLDBERG
*Plaintiff*

I consent to the above substitution.

Date: _____

BENEFICIAL INNOVATIONS, INC.
Name:_____
Title:_____
*Plaintiff*

I consent to being substituted.

Date: 10-31-17

FRIZELL LAW FIRM, PLLC

by: _____
R. DUANE FRIZELL, ESQ.

I consent to the above substitution.

Date: _____

ASHCRAFT & BARR | LLP

_____
JEFFREY F. BARR, ESQ.

## ORDER

The substitution of attorney is hereby approved and so ORDERED.

DATED this ___ day of _____, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Contact information for new counsel is as follows:

ASHCRAFT & BARR | LLP
2300 West Sahara Avenue
Suite 900
Las Vegas, NV 89102
(702) 631-7555
barrj@ashcraftbarr.com

I consent to the above substitution.

Date: October 31, 2017

_____
SHELDON F. GOLDBERG
*Plaintiff*

I consent to the above substitution.

Date: October 31, 2017

*Barbara A. Goldberg*
BARBARA A. GOLDBERG
*Plaintiff*

I consent to the above substitution.

Date: October 31, 2017

_____
BENEFICIAL INNOVATIONS, INC.
Name: SHELDON F. GOLDBERG
Title: PRESIDENT
*Plaintiff*

I consent to being substituted.

Date: _____

FRIZELL LAW FIRM, PLLC

_____
R. DUANE FRIZELL, ESQ.

I consent to the above substitution.

Date: November 9, 2017

ASHCRAFT & BARR | LLP

_____
JEFFREY F. BARR, ESQ.

## ORDER

The substitution of attorney is hereby approved and so ORDERED.

DATED this 9th day of November, 2017.

~~JAMES C. MAHAN~~ Cam Ferenbach
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Page 2 of 2