UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHELDON F. GOLDBERG, et al., | Case No. 2:17-CV-2106 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JACK BARRECA, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Goldberg et al. v. Barreca et al.*, case number 2:17-cv-02106-JCM-VCF. On February 26, 2020, the court adopted Magistrate Judge Ferenbach's report and recommendation, struck the entity defendants' answer, and granted plaintiffs' motion for entry of clerk's default. (ECF No. 63). The clerk entered default against the entity defendants—International Beverage Alliance LLC, International Beverage Alliance, LLC, International Beverage, Ltd.—the next day. (ECF No. 64).

Since this court's order and the clerk's entry of default, this case has stagnated. The parties are instructed to file a status report within 7 days of this order addressing what remains to be done in this case and what action the court must take to help move this case to a resolution.

Accordingly,

IT IS SO ORDERED.

DATED July 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**