JEFFREY F. BARR, ESQ
Nevada Bar No. 7269
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
jbarr@atllp.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON F. GOLDBERG, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>JACK BARRECA, et al.,<br><br>            Defendants. | Case No.: 2:17-CV-2106-JCM (VCF)<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY LEE I. IGLODY** |

Pursuant to LR IA 6-2 and LR IA 11-6, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that Lee I. Iglody, co-counsel for Plaintiffs SHELDON F. GOLDBERG, BARBARA A. GOLDBERG, and BENEFICIAL INNOVATIONS, INC. ("Plaintiffs"), seeks to withdraw as Plaintiffs' counsel in this matter.

IT IS FURTHER STIPULATED AND AGREED that Jeffrey F. Barr Esq. of the law firm Armstrong Teasdale LLP will continue to represent Plaintiffs in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED AND AGREED that Lee I. Iglody's withdrawal as Plaintiffs' attorney of record will not result in delay of discovery, trial, or any hearing in the case.

DATED this 23rd day of July, 2020.

| IGLODY LAW | ARMSTRONG TEASDALE LLP |
|---|---|
| */s/ Lee I. Iglody* <br> Lee I. Iglody, Nev. Bar No. 7757 <br> 2580 St. Rose Pkwy, Suite 330 <br> Henderson, Nevada 89074 <br> (702) 425-5366 | */s/ Jeffrey F. Barr* <br> Jeffrey F. Barr, Nev. Bar No. 7269 <br> 3770 Howard Hughes Parkway, Suite 200 <br> Las Vegas, Nevada 89169 <br> (702) 678-5070 <br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
UNITED STATES JUDGE MAGISTRATE

DATED: 7-23-2020

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒  via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Jack Barreca
6295 McLeod Drive #12
Las Vegas, NV 89120
*Pro Se Defendant*

Dated this 23rd day of July, 2020.        */s/ Michelle T. Harrell*
                                           An employee of Armstrong Teasdale LLP

3