UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHELDON F. GOLDBERG, et al., | Case No. 2:17-CV-2106 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JACK BARRECA, et al., | |
| Defendant(s). | |

Presently before the court is plaintiffs' motion for default judgment against the entity defendants. (ECF No. 72). In their motion, plaintiffs ask the court to grant injunctive relief and to certify the default judgment as final under Rule 54(b). (*Id.* at 21). Both these requests are not embodied in the plaintiffs' proposed default judgment. (*See* ECF No. 73). If they find it appropriate, plaintiffs may file a new proposed default judgment within seven days of this order.

IT IS SO ORDERED.

DATED April 12, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**