# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHELDON F. GOLDBERG, an Individual,
BARBARA A. GOLDBERG, an Individual, and
BENEFICIAL INNOVATIONS, INC. a Nevada Corporation,

           Plaintiffs,

v.

JACK BARRECA, et al.,

           Defendants.

DEFAULT JUDGMENT

Case Number: 2:17-CV-2106-JCM (VCF)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered of in favor of the Plaintiffs and against Entity Defendant. IT IS FURTHER ORDERED that the Plaintiffs are entitled to recover $149,618.96, jointly and severally, from the Entity Defendants.

4/29/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk