1  JEFFREY F. BARR, ESQ
   Nevada Bar No. 7269
2  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
3  Las Vegas, Nevada 89169
4  Telephone: 702.678.5070
   Facsimile: 702.878.9995
5  jbarr@atllp.com

6  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON F. GOLDBERG, an Individual, BARBARA A. GOLDBERG, an Individual, and BENEFICIAL INNOVATIONS, INC. a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACK BARRECA, et al.,<br><br>Defendants. | Case No.: 2:17-CV-2106-JCM (VCF)<br><br>**STIPULATION AND ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Subject to the approval by the Court, Plaintiff SHELDON F. GOLDBERG, substitutes himself as *pro se Plaintiff*, in place of Jeffrey F. Barr, Esq. and ARMSTRONG TEASDALE LLP; and

Jeffrey F. Barr, Esq. of ARMSTRONG TEASDALE LLP will continue to represent Plaintiffs BARBARA A. GOLDBERG and BENEFICIAL INNOVATIONS, INC.

No delay in discovery, trial, or any hearing in this case will result in this Substitution.

Contact information for Sheldon F. Goldberg is as follows:

SHELDON F. GOLDBERG
5130 Evaline Street
Las Vegas, Nevada 89120
702-683-1593
Shel@blackjacktime.com

I consent to the above substitution.

Date: June 23, 2021

SHELDON F. GOLDBERG
*Plaintiff*

I consent to being substituted for Plaintiff Sheldon F. Goldberg, only

Date: SEPT 13 2021

ARMSTRONG TEASDALE LLP

JEFFREY F. BARR, ESQ.
*Attorneys for Plaintiffs Barbara A. Goldberg and Beneficial Innovations, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                MAGISTRATE

DATED: 9-27-2021

2

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

International Beverage LTD.  ☐  via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

c/o Jack Barreca

6295 McLeod Drive #12

Las Vegas, NV 89120

Dated this __ day of June, 2021.

/s/ _____
An employee of Armstrong Teasdale LLP

International Beverage Alliance LLC (NV)

c/o Jack Barreca

6295 McLeod Drive #12

Las Vegas, NV 89120


International Beverage Alliance LLC (CO)

c/o Jack Barreca

6295 McLeod Drive #12

Las Vegas, NV 89120


Jack Barreca

6295 McLeod Drive #12

Las Vegas, NV 89120

*Pro Se Defendant*