## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

SHELDON F. GOLDBERG, an Individual, BARBARA A. GOLDBERG, an Individual, and BENEFICIAL INNOVATIONS, INC. a Nevada Corporation,

Plaintiff(s),

v.

JACK BARRECA, et al.,

Defendant(s).

2:17-cv-02106-JCM-VCF

**ORDER**

Before the Court are the follow motions:

1. Motion and order allowing plaintiff Sheldon F. Goldberg to file and access documents electronically (ECF NO. 83),

2. Motion for examination of entity defendants as the judgment debtors and for production of documents (ECF NOs. 84 & 85),

3. Motion and order allowing plaintiff Sheldon F. Goldberg to file and access documents electronically (ECF NOs. 86 & 87).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing is scheduled for 10:00 AM, February 22, 2022, in Courtroom 3D, Third Floor, Lloyd D. George federal courthouse, United States District Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Plaintiff Sheldon F. Goldberg must attend the scheduled hearing.

DATED this 24th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE