**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SHELDON F. GOLDBERG, et al., <br><br>　　　　Plaintiff(s), <br><br>v. <br><br>JACK BARRECA, et al., <br><br>　　　　Defendant(s). | 2:17-cv-02106-JCM-VCF <br><br>**<u>ORDER</u>** |

　　　Before the court is Sheldon F. Goldberg's motion for examination of entity defendants as the judgment debtors and for production of documents. (ECF No 98).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that an in-person hearing is scheduled for **1:00 PM, April 27, 2022**, in Courtroom 3D, United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South Las Vegas, NV 89101, on Sheldon F. Goldberg's motion for examination of entity defendants as the judgment debtors and for production of documents (ECF No 98).

　　　During a hearing held in this case on February 22, 2022, Alina Shell, Esq. on behalf of Jeffrey Bar, appeared for Beneficial Innovations, Inc.

　　　IT IS FURTHER ORDERED that Mr. Goldberg must inform Alina Shell, Esq. of this order and request that she or another attorney with the firm of Armstrong Teasdale, LLP attend this hearing.

　　　DATED this 15th day of April 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE