AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHELDON F. GOLDBERG, an Individual,
BARBARA A. GOLDBERG, an Individual, and
BENEFICIAL INNOVATIONS, INC. a Nevada
Corporation,

      Plaintiffs,

  v.

JACK BARRECA, et al.,

      Defendants.

  AMENDED
DEFAULT JUDGMENT

Case Number: 2:17-CV-2106-JCM (VCF)

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of the Plaintiffs and against Defendants International Beverage, Ltd., International Beverage Alliance, LLC, a Nevada limited liability company, and International Beverage Alliance, LLC, a Colorado limited liability company. IT IS FURTHER ORDERED that the Plaintiffs are entitled to recover $149,618.96, jointly and severally, from Defendants International Beverage, Ltd., International Beverage Alliance, LLC, and International Beverage Alliance, LLC.

5/9/2022
_____
Date

  DEBRA K. KEMPI
_____
Clerk

 /s/ A. Freeman
_____
Deputy Clerk