\_\_\_\_\_FILED   \_\_\_\_\_RECEIVED
\_\_\_\_\_ENTERED   \_\_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SHELDON F. GOLDBERG
5130 EVALINE ST.
LAS VEGAS, NEVADA 89120
702/683-1593
SHELGGGG@GMAIL.COM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHELDON F. GOLDBERG, et al.,

    Plaintiff,

v.

JACK BARRECA, et al.,

    Defendants.

Case No.: 2:17-CV-2106-JCM (VCF)

**ORDER FOR JUDGMENT DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS**

Plaintiff SHELDON F. GOLDBERG Moves for Examination of Defendants International Beverage, Ltd., International Beverage Alliance, LLC, and International Beverage Alliance LLC as the Judgment Debtor and for Production of Documents, in this matter (ECF No. 108) is GRANTED. Defendants INTERNATIONAL BEVERAGE, LTD., INTERNATIONAL BEVERAGE ALLIANCE, LLC, AND INTERNATIONAL BEVERAGE ALLIANCE LLC (collectively, the "Entity Defendants") are the judgment debtors pursuant to the judgment (ECF No. 105).

As of the date of this Order, the judgment has not been satisfied, and Plaintiffs' Motion properly requests Entity Defendants appear for examination under oath as a judgment debtor to identify the specific nature, identity and location of Entity Defendants' assets for execution to satisfy the judgment. Entity Defendants are required to appear for examination as the judgment debtor pursuant to FRCP 30 & 69 and NRS 21.270 & 21.310. Therefore, Entity Defendants are ordered to appear before the Court for examination under oath as a judgment debtor in this matter.

Additionally, Plaintiffs' Motion properly requests Entity Defendants produce documents to identify the specific nature, identify and location of Entity Defendants assets for execution to satisfy the Judgment. Entity Defendants are required to produce documents as judgment debtor pursuant to FRCP 69 and NRS 21.270. Therefore, Defendants are ordered to produce documents regarding the nature, identity and location of its assets.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Entity Defendants shall personally appear before this Court on July 7, _____, 2022 at 1:00 PM __:__ .m. and shall be sworn to tell the truth and give testimony as the judgment debtor. Courtroom 3D, Third Floor, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101

2. Entity Defendants shall appear to provide testimony by way of an appropriate designated witness consistent with FRCP 30(b)(6) and that is fully informed with knowledge regarding the identity, nature, and location of Entity Defendants' assets, as well as any additional information necessary for execution upon same to satisfy the judgment. By way of example and not limitation, Entity Defendants should be ordered to appear with full knowledge and information to provide testimony regarding the financial or banking institutions and account numbers for any bank or financial accounts of Entity Defendants, the identity and location of debtors to Entity Defendants and all accounts receivable, the identity and location of all obligors, the identity and location of all third parties in possession of Entity Defendants assets, and the schedule and source of all future payments to Entity Defendants, including, but not limited to the identity and location of all payors.

3. Entity Defendants shall produce to Plaintiff all documents regarding the identity, nature, and location of Entity Defendants' assets, as well as any additional information necessary for execution upon same to satisfy the judgment.

4. Entity Defendants shall produce the documents required by this order by delivering

documents to Plaintiff by delivering to _Sheldon F. Goldberg at 5130 Evaline St. Las Vegas, Nevada 89120 Telephone: 702-683-1593_, no later than _June 30_, 2022.

5. Should Entity Defendants fail or refuse to cause knowledgeable representative to appear at the Judgment Debtor Examination Ordered herein, or provide documents regarding the identity, nature, and location of Entity Defendants' assets, this Court may adjudicate Entity Defendants guilty of civil contempt of and may issue a warrant or seizure order to compel compliance with this order.

**IT IS SO ORDERED.**

DATED and DONE this __1st__ day of __June__, 2022.

IT IS HEREBY ORDERED that the motion for examination of entity defendants as the judgment debtors and for production of documents (ECF No. 108) is GRANTED.
IT IS FURTHER ORDERED that Plaintiff Sheldon F. Goldberg must serve defendants by process server on or before June 30, 2022.
IT IS FURTHER ORDERED that return of service of process on defendants must be filed with the court by July 5, 2022.
IT IS FURTHER ORDERED that the Plaintiff Sheldon F. Goldberg is responsible for creating a record of the Judgment Debtor Examination on July 7, 2022, at 1:00 p.m., in courtroom 3D.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

The Clerk of Court is directed to mail a copy of this order to the following:

International Beverage LTD.
c/o Jack Barreca
6295 McLeod Drive #12
Las Vegas, NV 89120

International Beverage Alliance LLC (NV)
c/o Jack Barreca
6295 McLeod Drive #12
Las Vegas, NV 89120

International Beverage Alliance LLC (CO)
c/o Jack Barreca
6295 McLeod Drive #12
Las Vegas, NV 89120

Jack Barreca
6295 McLeod Drive #12
Las Vegas, NV 89120

<mark>
</mark>

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am a Plaintiff and that the foregoing proposed Order was served:

    via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Jack Barreca  
6295 McLeod Dr. #12  
Las Vegas, NV 89120

International Beverage LTD.  
c/o Jack Barreca  
6295 McLeod Dr. #12  
Las Vegas, NV 89120

International Beverage Alliance LLC(NV).  
c/o Jack Barreca  
6295 McLeod Drive #12  
Las Vegas, NV 89120

International Beverage Alliance LLC (CO)  
c/o Jack Barreca  
6295 McLeod Drive #12  
Las Vegas, NV 89120

and was emailed electronically to the following Attorney for Plaintiff's Beneficial Innovations, Inc. and Barbara A. Goldberg:  
JEFFREY F. BARR, ESQ  
JBarr@atllp.com  
ARMSTRONG TEASDALE LLP  
3770 Howard Hughes Parkway, Suite 200  
Las Vegas, Nevada 89169

On this 16th day of May, 2022, as certified above by

*/s/ Sheldon F. Goldberg*  
Sheldon F. Goldberg  
Plaintiff pro se